

COM.

v.

**GROCE, F.**

**894 EDA 2016**

Superior Court of Pennsylvania.

04/11/2017

CP–51–CR–0002881–2015 (Philadelphia)

Affirmed

WILMINGTON TRUST

v.

**SAFT, S.**

**1750 EDA 2016**

Superior Court of Pennsylvania.

04/11/2017

2014–22230 (Montgomery)

Affirmed

COM.

v.

**BURDETTE, T.**

**1557 EDA 2016**

Superior Court of Pennsylvania.

04/11/2017

CP–15–CR–0000068–2016 (Chester)

Reversed/Vacated/Remanded.

COM.

v.

**LAYTON, D.**

**1879 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/11/2017

CP–23–CR–0004081–2005 (Delaware)

Affirmed

COM.

v.

**HEATH, J.**

**1703 EDA 2016**

Superior Court of Pennsylvania.

04/11/2017

CP–51–CR–0000949–2014 (Philadelphia)

Affirmed

S.H.W.

v.

**S.E.W.**

**2256 EDA 2016**

Superior Court of Pennsylvania.

04/11/2017

2015–29053 (Montgomery)

Affirmed

